# United States District Court

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| HILDA SANDOVAL CARLOS | (For Offenses Committed On or After November 1, 1987) |

Case Number: **05MJ-205-MWB**

Robert A. Wichser
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) **standard, #1** of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| New Law | Re-entry of a deported alien | 07/27/2005 |
| Special Condition | Not to return to the United States Illegally | 07/27/2005 |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 14, 2005
Date of Imposition of Judgment

*/s/ Mark W. Bennett*
Signature of Judicial Officer

Defendant's USM No.: 03135-029

Defendant's Residence Address:

**In Custody**

**Mark W. Bennett, Chief U.S. District Court Judge**
Name and Title of Judicial Officer

11/21/05
Date

Defendant's Mailing Address:

**In Custody**

DEFENDANT:     HILDA SANDOVAL CARLOS
CASE NUMBER:   05MJ-205-MWB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of   **4 months, to be served consecutively to ND/IA Docket CR05-3024-001-MWB.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL

Approved as to form:

_[signature]_
U.S. Probation Officer

_[signature]_
Assistant U.S. Attorney